

# Fourth Court of Appeals
## San Antonio, Texas

July 16, 2021

No. 04-20-00596-CV

**IN THE INTEREST OF L.J.K. AND C.A.K., CHILDREN**,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI01008
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

Appellant, who is acting pro se on appeal, appeals from orders entered in the underlying suit affecting the parent-child relationship. Appellant's brief is due July 21, 2021.

On July 12, 2021, appellant filed a "Motion to Compel [sic] Alternatively Motion for Independent Review of Court Reporter's Record and Extension of Brief Due Date." In his motion, appellant complains the Ms. Mary Beth Sasala, one of the court reporters responsible for filing the reporter's record in this appeal, has refused to file the reporter's record from a January 6, 2021 hearing and a February 5, 2021 hearing. Ms. Sasala filed her record from the January 6 hearing on June 1, 2021. She has informed this court that there is no record from the February 5 hearing.

Therefore, appellant's request to compel Ms. Sasala to file the records and his request to review the record is DENIED. We GRANT appellant's motion for an extension of time in which to file his brief. Appellant is hereby ORDERED to file his brief **no later than August 20, 2021**. Further requests for an extension of time will not be granted absent extenuating circumstances.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of July, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court